**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- x

JAMES EVANS, on behalf of himself and :    Case no. 1:25-cv-10372
all others similarly situated,    :
   :

      Plaintiffs,    :

   :    **NOTICE OF VOLUNTARY**
     v.        **DISMISSAL WITHOUT PREJUDICE**

Cettire, Inc.,    :

      Defendant.    :
   :
   :
   :
   :

---------------------------------------------------------------- x

     **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: February 27, 2026

                                         EQUAL ACCESS LAW GROUP, PLLC

                                         *Attorneys for Plaintiff*

                                         **/s/ David B. Reyes**
                                         By: David B. Reyes, Esq.

                                         68-29 Main Street,

                                         Flushing, NY 11367

                                         O: (844) 731-3343

                                         C: (718) 554-0237

                                         Email: Dreyes@ealg.law